**SECOND DISTRICT OF TEXAS**
**FORT WORTH**


### NO. 02-13-00292-CV

| | | |
|---|---|---|
| Kenneth L. Thompson | § | From the 360th District Court |
| | § | of Tarrant County (360-514957-12) |
| v. | | |
| | § | August 7, 2014 |
| Kate M. Thompson | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

It is further ordered that Appellee Kate M. Thompson shall pay for all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
      Justice Lee Ann Dauphinot